AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

RODRIGO HERNANDEZ-OVIEDO

CRIMINAL COMPLAINT

CASE NUMBER: 8:15-MJ-

8:15 MJ 1324 AEP

I, Nidia Almonte, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 18, 2015, in Sarasota County, Middle District of Florida, defendant RODRIGO HERNANDEZ-OVIEDO, a citizen and national of Mexico, was

found to be a felon alien in the United States without permission after deportation,

in violation of Title 8, United States Code, Section 1326(a) and (b)(1). I further state that I am a Deportation Officer with Immigration and Customs Enforcement and Removal Operations and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
NIDIA ALMONTE

Sworn to before me and subscribed in my presence,

May 19, 2015 at Tampa, Florida

ANTHONY E. PORCELLI
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, Nidia Almonte, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since June, 1987.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of others and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Rodrigo Hernandez-Oviedo, a native and citizen of Mexico, with being a felon alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

## FACTS AND CIRCUMSTANCES

4. On May 19, 2015, Rodrigo Hernandez-Oviedo was encountered in the Sarasota County Jail, Sarasota, Middle District of Florida, by ICE- ERO Officers.

5. ICE/ERO Officers performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Rodrigo Hernandez-Oviedo. Upon review of these documents, ICE Officers determined that Hernandez-Oviedo is a native and citizen of Mexico who is illegally in the United States. They also found that he was removed from the United States to Mexico on October 7, 2011.

6. Fingerprints taken of Hernandez-Oviedo were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

7. Computer record checks also indicate that Hernandez-Oviedo was convicted of the felony offenses of Scheme to Defraud/Uttering Counterfeit Instrument, Fraudulent use of Personal Identification Information, Case No. 2010-CF-000362, and of Cashing or Depositing Item with Intent to Defraud, Obtaining Property in Return for worthless check ($150 or more), Case No. 2009-CF-002877, both on June 2, 2010, the Circuit Court, Twelfth Judicial Circuit, in and for Manatee County, Florida. A National Crime Information Check (NCIC) on Hernandez-Oviedo corroborated the information in CIS.

8. No information exists, either in the A-file documents or the computer databases, that Hernandez-Oviedo had either requested or received permission from any immigration official to re-enter the United States after his deportation.

## CONCLUSION

9. Based on the foregoing facts, I believe there is probable cause to establish that Rodrigo Hernandez-Oviedo, a citizen and national of Mexico, is a felon alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Further affiant sayeth naught.

NIDIA ALMONTE
Deportation Officer, ICE ERO

Sworn to and subscribed before me this 19rd day of May, 2015, in Tampa, Florida.

ANTHONY E. PORCELLI
United States Magistrate Judge